Francis H. Doane and Another, Appellants, v. Ethan N. Hescock and Others, Respondents.— Determination and judgment affirmed, with

costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.